**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TAWANA LYNN CONE,**

      **Plaintiff,**

**v.**                                                   **Case No:   6:14-cv-11-Orl-18KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 18)**
>
> **FILED:**     **July 8, 2014**

The Commissioner of the Social Security Administration requests that this case be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and pursuant to 42 U.S.C. § 1383(c)(3) (which incorporates provisions of § 405 with respect to judicial review of supplemental security income determinations). The Commissioner requests a remand to do the following:

> [A]n administrative law judge (ALJ) . . . will reassess Plaintiff's residual functional capacity, including reevaluating all of the medical opinion evidence and if necessary, at step five of the sequential evaluation, obtain evidence from a vocational expert regarding Plaintiff's ability to perform other work existing in significant numbers in the national economy. The ALJ will then issue a new decision.

Doc. No. 18 at 1. Plaintiff does not oppose the request to remand. *Id.*

Accordingly, I respectfully recommend that the motion be **GRANTED**, that the final decision of the Commissioner be **REVERSED** pursuant to sentence four of 42 U.S.C. § 405 and that the case be **REMANDED** for further proceedings consistent with the Commissioner's undertaking in the motion. I further recommend that the Court direct the Clerk of Court to enter a Judgment consistent with the ruling on this Report and Recommendation and, thereafter, to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on July 8, 2014.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy