# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TAWANA LYNN CONE,

    **Plaintiff,**

v.

    Case No: 6:14-cv-11-Orl-18KRS

COMMISSIONER OF SOCIAL SECURITY,

    **Defendant.**

## ORDER

THIS CAUSE comes for consideration on Defendant Commissioner of Social Security's unopposed Motion for Entry of Judgment with Remand (Doc. 18), which the Court referred to United States Magistrate Judge Karla R. Spaulding for a report and recommendation. Having reviewed the Report and Recommendation (Doc. 19) and there being no objections, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. 19) is **APPROVED** and **ADOPTED**.
2. The Commissioner's final decision in this case is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE AND ORDERED** in Orlando, Florida on this 30 day of July, 2014.

    G. KENDALL SHARP
    SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record