UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TAWANA LYNN CONE,

                  Plaintiff,

v.                                             Case No. 6:14-cv-11-Orl-18KRS

COMMISSIONER OF SOCIAL
SECURITY,

                  Defendant.

## ORDER

This case was referred to United States Magistrate Judge Karla R. Spaulding for a report and recommendation on Plaintiff Tawana Lynn Cone's Uncontested Petition for Attorney's Fees (Doc. 22). The Court having reviewed the Report and Recommendation (Doc. 23), and there being no objections filed, it is hereby

**ORDERED** that the Report and Recommendation (Doc. 23) is **APPROVED and ADOPTED** as part of this order. Plaintiff Tawana Lynn Cone's Uncontested Petition for Attorney's Fees (Doc. 22) is **GRANTED in part**. The Commissioner of Social Security is **DIRECTED** to pay attorneys' fees in the total amount of $3,263.82 to Plaintiff Tawana Lynn Cone. However, as set forth in the Report and Recommendation (Doc. 23), the Commissioner of Social Security has the discretion to pay said attorneys' fees directly to Plaintiff's counsel, Richard A. Culbertson, Esquire.

**DONE AND ORDERED** at Orlando, Florida, this _____6_____ day of October, 2014.

                                                        G. KENDALL SHARP
                                                        SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record