UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TAWANA LYNN CONE,

        Plaintiff,

v.                                            Case No: 6:14-cv-11-Orl-18KRS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendants.

## ORDER

This case was referred to United States Magistrate Judge Karla R. Spaulding for a report and recommendation on the Unopposed Request for Authorization to Charge a Reasonable Fee . . . Pursuant to 42 U.S.C. § 406(b) (the "Fee Request") (Doc. 25) filed by Richard A. Culbertson, ("Culbertson"), Plaintiff Tawana Lynn Cone's attorney. On September 9, 2016, in response to the Court's order (Doc. 26), Defendant Commissioner of Social Security (the "Commissioner") filed a response and declaration addressing the Fee Request. (Doc. 27; Doc. 28.)

The Court finds that Culbertson is permitted to charge Plaintiff a reasonable fee for federal court representation in the amount of $ 15,880.18. Having reviewed the Report and Recommendation (Doc. 29) and relevant filings in this case, and there being no objections filed to the Report and Recommendation (Doc. 29), the Court hereby **ORDERS** and **ADJUDGES** as follows:

1. United States Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. 29) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee . . . Pursuant to U.S.C. § 406(b) (Doc. 25) is **GRANTED**.

3. Culbertson shall, as soon as practicable, provide a copy of this Order to Plaintiff. Also, Culbertson shall advise Plaintiff that, if Plaintiff objects to the approved fee, she must file her objection with this Court within thirty (30) days from the date this Order is issued.

**DONE AND ORDERED** in Orlando, Florida, this ___11___ day of October, 2016.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record